July 22, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-25-00053-CV

ROYAL BENGAL CONSTRUCTION, INC., Appellant

V.

UNITED RENTALS, INC., Appellee

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 10, 2024. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Royal Bengal Construction, Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered July 22, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.